Denise B. Williams, Lubbock, TX, for Plaintiff–Appellee.

Christopher Allen Curtis, Fort Worth, TX, for Defendant–Appellant.

Before EMILIO M. GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Anthony Lee Aaron appeals from his guilty-plea conviction for manufacturing counterfeit Federal Reserve Notes. He

---

* Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

argues that, because the counterfeit notes at issue were "so obviously counterfeit that they [were] unlikely to be accepted even if subjected to only minimal scrutiny," the district court should not have increased his sentence pursuant to U.S.S.G. §§ 2B5.1(b)(2)(A) and (b)(3). This court reviews "the district court's application of the Sentencing Guidelines *de novo* and its findings of fact for clear error." *United States v. Wyjack,* 141 F.3d 181, 183 (5th Cir.1998).

Reviewing the evidence in light of the multi-factor test set forth in *Wyjack,* 141 F.3d at 184, we conclude that the district court did not clearly err when determining that the counterfeit notes at issue were not "obviously counterfeit" for purposes of U.S.S.G. § 2B5.1(b)(2)(A). *See United States v. Bollman,* 141 F.3d 184, 186–87 (5th Cir.1998). Accordingly, the district court's judgment is AFFIRMED.

Sandra G. VENABLE, Petitioner–Appellant,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent–Appellee.

No. 03–61085.

United States Court of Appeals,
Fifth Circuit.

Oct. 13, 2004.

Ryan Grant Anderson, Ball & Weed, San Antonio, TX, for Petitioner–Appellant.

---

the limited circumstances set forth in 5th CIR. R. 47.5.4.

Kenneth L. Greene, John A. Nolet, Charles Casazza, Clerk, Eileen J. O'Connor, Assistant Attorney General and Bridget Maria Rowan, U.S. Department of Justice, Tax Division, Emily A. Parker, Internal Revenue Service, Washington, DC, for Respondent–Appellee.

Before GARWOOD, JOLLY, and BARKSDALE, Circuit Judges.

PER CURIAM: *

**AFFIRMED.** *See* 5TH CIR. R. 47.6.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

